UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 13-14023-CR-MARTINEZ/LYNCH

UNITED STATES OF AMERICA

       Plaintiff,

vs.

MOISES HERNANDEZ,

       Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the Order of Reference from the District Court to conduct a Change of Plea before a Magistrate Judge.

**THE MATTER** was referred to Magistrate Judge Frank J. Lynch Jr, on May 23, 2013. A Report and Recommendation was filed on May 31, 2013, (D.E.#23), recommending that the Defendant's plea of guilty be accepted. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however none were filed. The Court has conducted a de novo review of the entire file. Accordingly, it is

**ORDERED AND ADJUDGED** that

The Report and Recommendation of United States Magistrate Judge Frank J. Lynch Jr, is hereby **Adopted and Approved** in its entirety.

The Defendant is adjudged guilty to the sole count of the Indictment, which charges the Defendant, an alien, having previously been deported and removed from the United Sates on or about January 6, 2010, was found to be in the United Sates, knowingly and unlawfully, without the Attorney General of the United Sates or his successor, the Secretary of Homeland Security (Title 6, United Sates Code, Sections 202(3), 202(4) and 557), having expressly consented to such alien's reapplying for admission to the United Sates, in violation of Title 8, United States Code, Section 1326 (a).

**DONE AND ORDERED** in Chambers at Miami, Florida, this 18 day of June, 2013.

                                                JOSE E. MARTINEZ
                                                UNITED STATES DISTRICT JUDGE

Copied: Hon. Magistrate Lynch
All Counsel Of Record
U.S. Probation Office